UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUREECE CLARK, | No. 2: 12-cv-2159 LKK KJN P |
| Plaintiff, | |
| v. | ORDER |
| THOMAS McGUIRE, et al., | |
| Defendants. | |

On November 21, 2013, defendants filed a summary judgment motion. Plaintiff has not opposed the motion.

Local Rule 230(l) provides in part: "Failure of the responding party to file written opposition or to file a statement of no opposition may be deemed a waiver of any opposition to the granting of the motion . . . ." On October 21, 2012, plaintiff was advised of the requirements for filing an opposition to the motion and that failure to oppose such a motion may be deemed a waiver of opposition to the motion.

Local Rule 110 provides that failure to comply with the Local Rules "may be grounds for imposition of any and all sanctions authorized by statute or Rule or within the inherent power of the Court." In the order filed October 21, 2012, plaintiff was advised that failure to comply with the Local Rules may result in a recommendation that the action be dismissed.

////

1

1    Good cause appearing, IT IS HEREBY ORDERED that, within thirty days of the date of
2 this order, plaintiff shall file an opposition, if any he has, to the summary judgment motion or a
3 statement of non-opposition.  Failure to comply with this order will result in dismissal of this
4 action pursuant Federal Rule of Civil Procedure 41(b).
5 Dated:  December 27, 2013

7 cl2159.osc

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE