UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUREECE CLARK,<br><br>    Plaintiff,<br><br>    v.<br><br>THOMAS McGUIRE, et al.,<br><br>    Defendants. | No.  2: 12-cv-2159 LKK KJN P<br><br><br><br>ORDER |

On November 21, 2013, defendants filed a summary judgment motion.  (ECF No. 28.)  Plaintiff did not file an opposition.  Accordingly, on December 27, 2013, the court ordered plaintiff to show cause within thirty days for his failure to file an opposition.  (ECF No. 30.)

On January 2, 2014, plaintiff filed a letter with the court stating that he is unable to file his opposition because prison officials are "depriving" him of "legal correspondence."  (ECF No. 31 at 1.)  Plaintiff states that he has received legal correspondence that was opened before it was delivered to him and that prison staff are not logging incoming and outgoing legal mail.  (Id.)  Plaintiff alleges that prison staff refuse to take mail during shift changes and that it takes too long to receive confidential mail.  (Id.)

It is unclear how the conditions described in plaintiff's January 2, 2014 letter prevented plaintiff from preparing and filing his opposition with the court.  Plaintiff does not discuss, for example, how the alleged failure of prison staff to take mail during shift changes prevented him

1

from preparing and filing his opposition.

The court finds that plaintiff's claim that he cannot file his opposition is unsupported. Accordingly, IT IS HEREBY ORDERED that plaintiff is granted thirty days from the date of this order to file his opposition to defendants' summary judgment motion; failure to file an opposition will result in the recommendation of dismissal of this action.

Dated: January 8, 2014

*/s/ Kendall J. Newman*
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

cl2159.ord

2