UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUREECE CLARK,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>THOMAS McGUIRE, et al.,<br><br>　　　　Defendants. | No. 2: 12-cv-2159 JAM KJN P<br><br><br>ORDER |

　　　　Plaintiff is proceeding, without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983.  On August 29, 2014, the court granted summary judgment as to defendant Griffiths, and denied summary judgment as to defendant McGuire.  (ECF No. 40.)  On July 13, 2017, the Ninth Circuit Court of Appeals reversed the court's order as to defendant McGuire.  (ECF No. 58.)  The Ninth Circuit directed the court to grant summary judgment as to defendant McGuire.  (Id.)

　　　　Accordingly, IT IS HEREBY ORDERED that:

　　　　1.  Defendant McGuire is granted summary judgment;

　　　　2. The Clerk of the Court is directed to enter judgment and close this case.

Dated:  7/27/2017

　　　　　　　　　　　　　　　　　　　　　　　/s/ John A. Mendez_____ _____

　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE

1